Gretchen OYLER, Appellant,

v.

Jo Anne B. BARNHART, Commissioner, Social Security Administration, Appellee.

No. 03–1904.

United States Court of Appeals, Eighth Circuit.

Submitted Jan. 7, 2004.

Decided Jan. 15, 2004.

Frederick S. Spencer, Mountain Home, AR, for Plaintiff–Appellant.

Stacey E. McCord, U.S. Attorney's Office, Little Rock, AR, James A. Garrett, Office of the General Counsel, Dallas, TX, for Defendant–Appellee.

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

Gretchen Oyler appeals the district court's [1] decision upholding the Commissioner's denial of child's Supplemental Security Income after a hearing before an administrative law judge (ALJ) and after the Appeals Council denied review. Having reviewed the record, including the new evidence submitted to the Appeals Council, we find that the Commissioner's decision is supported by substantial evidence on the record as a whole. *See Cunningham v. Apfel,* 222 F.3d 496, 500 (8th Cir.2000). In particular, the ALJ gave appropriate weight to Oyler's subjective complaints, made explicit findings regarding her residual functional capacity, considered her impairments in combination, fully developed the record, and ensured that she understood her right to an attorney.

Accordingly, the judgment is affirmed.

---

1. The Honorable John F. Forster, Jr., United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).